**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| Eastern Missouri Concrete, LLC d/b/a Mark Twain Ready Mix,       Plaintiff/Counterclaim- Defendant, vs. Mark Twain Holding Company, LLC d/b/a Mark Twain Redi-Mix,       Defendant/Counterclaim-Plaintiff. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No.  4:25-cv-01427-JMD<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED JOINT STIPULATION OF**
**VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff/Counterclaim-Defendant Eastern Missouri Concrete, LLC d/b/a Mark Twain Ready Mix and Defendant/Counterclaim-Plaintiff Mark Twain Holding Company, LLC d/b/a Mark Twain Redi-Mix (individually a "party" and together, the "Parties"), by and through the respective undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby voluntarily dismiss all of their claims and counterclaims against one another, with prejudice. Each party shall bear its own attorneys' fees and costs.

Dated:  July 6, 2026

**LEWIS RICE LLC**

By: /s/  *Michael J. Hickey*
      Michael J. Hickey, #47136MO
      Bridget Hoy, #50733MO
      600 Washington Avenue, Suite 2500
      St. Louis, Missouri 63101
      Telephone:  (314) 444-7600
      Facsimile: (314) 241-6056
      Email:   mhickey@lewisrice.com
              bhoy@lewisrice.com

*Attorneys for Plaintiff/Counterclaim-*
*Defendant Eastern Missouri Concrete, LLC*
*d/b/a Mark Twain Ready Mix*

By: /s/  *Douglas A. Robinson*
Douglas A. Robinson, #58304MO
Bryan K. Wheelock, #32571MO
HARNESS, DICKEY & PIERCE, P.L.C.
7700 Bonhomme Ave., Suite 400
St. Louis, MO 63105
(314) 726-7500
(314) 726-7501 (facsimile)
drobinson@harnessip.com
bwheelock@harnessip.com

*Attorneys for Defendant/Counterclaim-Plaintiff*
*Mark Twain Holding Company, LLC d/b/a*
*Mark Twain Redi-Mix*

2